**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael KOZLOWSKI, Defendant–**
**Appellant.**

**No. 06–10144.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 16, 2007 *.

Filed April 19, 2007.

Nancy J. Koppe, Esq., Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Jason F. Carr, Esq., Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: O'SCANNLAIN, CLIFTON, and BEA, Circuit Judges.

MEMORANDUM **

Michael Kozlowski appeals from his 60–month sentence and guilty-plea conviction for traveling with the intent to engage in a sexual act with a juvenile and coercion and enticement in violation of 18 U.S.C. §§ 2422(b) and 2423(b).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Kozlowski's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Kozlowski did not file a *pro se* supplemental brief, and the Government did not file an answering brief.

Our independent review of the briefs and the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

